The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NING SUN, <br><br> Plaintiff, <br><br> v. <br><br> United States Citizenship & Immigration Services; et al., <br><br> Defendants. | Case No. C20-1122-RAJ <br><br> JOINT STIPULATION AND ORDER |

The parties hereby STIPULATE AND AGREE as to the following:

(1) That this matter is REMANDED to U.S. Citizenship and Immigration Services ("USCIS").

(2) That, USCIS will serve the Plaintiff with the Form N-445 and so long as Plaintiff continues to meet the good moral character requirements necessary to naturalize, and upon receipt of the properly executed and sufficient Form N 445, USCIS will, within fourteen (14) days of the entry of this order, administer the oath of citizenship and naturalize Plaintiff.

///

///

///

STIPULATION AND ORDER - 1
C20-1122-RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

(3) That the Court will retain jurisdiction to enforce the terms of this agreement and any disputes that arise thereunder.

Dated this 11th day of August, 2020.

For Plaintiff,

*s/ Samantha Stearns*
Cascadia Cross Border Law AK
4300 B St Ste 207
Anchorage , AK  99503
907-242-5800
Rstearns@cascadialawalaska.Com

For Defendants,

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:     206-553-4067
E-mail: kristin.b.johnson@usdoj.gov

**ORDER**

On stipulation of the parties and review of the Court, it is so ORDERED.

DATED this 12th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER - 2
C20-1122-RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970