The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NING SUN,

    Plaintiff;

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; et al.,

    Defendants.

Case No. 2:20-cv-01122RAJ

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

THIS MATTER having come before the Court on motion of Plaintiff for an award of costs and attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and the Court having been advised of the basis for the motion,

IT IS HEREBY ORDERED that Plaintiff's motion is granted. The Court finds that Plaintiff is the prevailing party and that Defendants have not established their position was

[Proposed] Order Granting
Plaintiff's Motion for EAJA Fees
Case No. 2:20-cv-01122RAJ - 1

Samantha Stearns, Esq.
Cascadia Cross Border Law
4300 B Street, Suite 207
Anchorage, Alaska 99503

substantially justified and no special circumstances make an award unjust. The Court hereby awards Plaintiff costs in the amount of $476.00, and fees in the amount of $5524.05, for a total award of $6000.05. This amount shall be paid by Defendants, pursuant to the assignment of such funds by Plaintiff, directly to Cascadia Cross Border Law Group LLC by check or bank deposit within 21 days of the date of this order.

Dated this the 5th day of January, 2020.

_____

The Honorable Richard A. Jones
United States District Judge

_____

[Proposed] Order Granting
Plaintiff's Motion for EAJA Fees
Case No. 2:20-cv-01122RAJ - 2

Samantha Stearns, Esq.
Cascadia Cross Border Law
4300 B Street, Suite 207
Anchorage, Alaska 99503